**Randal MAUDERER Plaintiff-Appellant**

v.

**IOWA ATTORNEY GENERAL'S OFFICE, et al. Defendants-Appellees**

**No. 16-3866**

United States Court of Appeals, Eighth Circuit.

Submitted: March 23, 2017

Filed: March 28, 2017

Randal Mauderer, Pro Se

Before WOLLMAN, BOWMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Randal Mauderer appeals after the district court[1] dismissed his pro se 42 U.S.C. § 1983 action, in which he alleged that his recommended participation in a Sex Offender Treatment Program violated his constitutional rights; and that the conditions of his exercise privileges while in segregation violated both his constitutional rights and the Americans with Disabilities Act. We conclude that the action was properly dismissed for the reasons stated by

---

**1.** The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.

573

the district court. See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (§ 1915A(b) dismissal is reviewed de novo). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny the appellate motions.